# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: WILLIAM K. FOOTE & CYNTHIA M. FOOTE  Case Number: 06-70851
1617 WILLOW STREET   SSN-xxx-xx-5346 & xxx-xx-8155
SYCAMORE, IL  60178

Case filed on: 5/18/2006
Plan Confirmed on: 8/7/2006
C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $9,010.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY RICHARD G LARSEN | 2,974.00 | 2,974.00 | 274.00 | 0.00 |
|  | Total Legal | 2,974.00 | 2,974.00 | 274.00 | 0.00 |
| 035 | WILLIAM K. FOOTE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN HONDA FINANCE CORPORATION | 2,666.02 | 2,445.00 | 369.69 | 96.73 |
| 002 | THE NATIONAL BANK & TRUST CO SYCAMORE | 17,804.00 | 12,015.00 | 1,816.65 | 537.66 |
| 031 | JOHN WHITNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | OPPORTUNITY LEASING | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 20,470.02 | 14,460.00 | 2,186.34 | 634.39 |
| 001 | AMERICAN HONDA FINANCE CORPORATION | 0.00 | 221.02 | 0.00 | 0.00 |
| 002 | THE NATIONAL BANK & TRUST CO SYCAMORE | 0.00 | 5,789.00 | 376.30 | 0.00 |
| 003 | BANK OF AMERICA NA | 4,830.31 | 4,830.31 | 313.99 | 0.00 |
| 004 | BANK OF AMERICA NA | 4,628.16 | 4,628.16 | 300.85 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 2,744.09 | 2,744.09 | 178.38 | 0.00 |
| 006 | LVNV FUNDING LLC | 1,378.93 | 1,378.93 | 89.63 | 0.00 |
| 007 | CAPITAL ONE | 450.09 | 450.09 | 22.80 | 0.00 |
| 008 | CAPITAL ONE | 432.74 | 432.74 | 21.92 | 0.00 |
| 009 | LVNV FUNDING LLC | 8,369.45 | 8,369.45 | 544.05 | 0.00 |
| 010 | DEKALB CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DELL FINANCIAL SERVICES LP | 1,139.11 | 1,139.11 | 74.04 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 3,047.70 | 3,047.70 | 198.12 | 0.00 |
| 013 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DISCOVER FINANCIAL SERVICES | 7,019.06 | 7,019.06 | 456.26 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 437.25 | 437.25 | 22.14 | 0.00 |
| 016 | FINGERHUT CREDIT ADVANTAGE | 225.36 | 225.36 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 2,457.93 | 2,457.93 | 159.77 | 0.00 |
| 018 | HOUSEHOLD CUSTOMER SERVICE | 2,409.67 | 2,409.67 | 156.64 | 0.00 |
| 019 | RECOVERY MANAGEMENT SYSTEMS CORP | 1,530.41 | 1,530.41 | 99.49 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 854.96 | 854.96 | 43.30 | 0.00 |
| 021 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | RECOVERY MANAGEMENT SYSTEMS CORP | 486.06 | 486.06 | 24.62 | 0.00 |
| 024 | RECOVERY MANAGEMENT SYSTEMS CORP | 2,317.14 | 2,317.14 | 150.62 | 0.00 |
| 025 | ECAST SETTLEMENT CORPORATION | 3,934.85 | 3,934.85 | 255.78 | 0.00 |
| 026 | NELNET, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | OPPORTUNITY LEASING | 8,544.83 | 8,544.83 | 555.44 | 0.00 |
| 028 | ECAST SETTLEMENT CORPORATION | 779.88 | 779.88 | 39.50 | 0.00 |
| 029 | LVNV FUNDING LLC | 2,094.79 | 2,094.79 | 136.16 | 0.00 |
| 030 | LVNV FUNDING LLC | 12,232.84 | 12,232.84 | 795.17 | 0.00 |
| 033 | DISCOVER FINANCIAL SERVICES | 7,019.06 | 0.00 | 0.00 | 0.00 |
| 034 | ILLINOIS STUDENT ASSISTANCE COMM | 7,757.86 | 7,757.86 | 504.29 | 0.00 |
|  | Total Unsecured | 87,122.53 | 86,113.49 | 5,519.26 | 0.00 |
|  | Grand Total: | 110,566.55 | 103,547.49 | 7,979.60 | 634.39 |

Total Paid Claimant: $8,613.99
Trustee Allowance: $396.01
Percent Paid Unsecured: 6.41

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/23/2007            By  /s/Heather M. Fagan