IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>FOOTE, WILLIAM K.<br>CYNTHIA M. FOOTE<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-70851 MB<br><br>Judge MANUEL BARBOSA |

### TRUSTEE'S FINAL REPORT

To: THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES STEPHEN G. BALSLEY, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.  The Petition commencing this case was filed on 05/18/06. The Trustee was appointed on 05/18/06. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.  The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.  The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is 0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.  A summary of the Trustee's Final Report as of June 26, 2007 is as follows:

    | | | |
    |---|---|---|
    | a. | RECEIPTS (See Exhibit C) | $ 3,977.72 |
    | b. | DISBURSEMENTS (See Exhibit C) | $ 21.79 |
    | c. | NET CASH available for distribution | $ 3,955.93 |
    | d. | TRUSTEE/PROFESSIONAL COSTS | |

|   |   |   |
|---|---|---|
| 1. | Trustee compensation requested (See Exhibit F) | $_____994.43 |
| 2. | Trustee Expenses (See Exhibit F) | $_____0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F-1) | $_____0.00 |

  e. Illinois Income Tax for Estate (See Exhibit G)  $_____0.00

5. The Bar Date for filing unsecured claims expired on 06/18/07.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. | Allowed unpaid secured claims | $_____0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $_____994.43 |
| c. | Allowed Chapter 11 Administrative Claims | $_____0.00 |
| d. | Allowed priority claims | $_____0.00 |
| e. | Allowed unsecured claims | $____79,593.84 |
| f. | Surplus return to debtor | $_____0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 3.72% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is 0.00.

9. A fee of $2,700.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE:   June 26, 2007            /s/Stephen G. Balsley
                                 STEPHEN G. BALSLEY
                                 BARRICK, SWITZER, LONG,
                                  BALSLEY & VAN EVERA
                                 6833 Stalter Drive
                                 Rockford, IL 61108
                                 (815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
FOOTE, WILLIAM K.
CYNTHIA M. FOOTE

Debtor(s)

CASE NO. 06-70851 MB

Judge MANUEL BARBOSA

## DISTRIBUTION REPORT

I, <u>STEPHEN G. BALSLEY</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 994.43 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 2,961.50 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 3,955.93 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $994.43 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 994.43 | 994.43 |
| | TOTAL | $ | 994.43 |

d. $2,961.50 for general unsecured creditors who have filed claims allowed in the total amount of $79,593.84, yielding a dividend of 3.72%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $79,593.84 | 3.72% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Discover Bank | 7,019.06 | 261.16 |
| 2 | Opportunity Leasing | 8,544.83 | 317.93 |
| 3 | Capital One Bank | 432.74 | 16.10 |
| 4 | Capital One | 450.09 | 16.75 |
| 7 | Bank of America (USA) | 4,628.16 | 172.20 |
| 8 | Bank of America (USA) | 4,830.31 | 179.72 |
| 9 | Household Customer Service | 2,409.67 | 89.66 |
| 10 | Household Bank (SB), N.A. (Bon Ton) | 437.25 | 16.27 |
| 11 | Household Bank (SB), N.A. (Menards) | 3,934.85 | 146.41 |
| 12 | Illinois Student Assistance Commission | 7,757.86 | 288.65 |
| 13 | eCAST Settlement Corporation, Assignee | 854.96 | 31.81 |
| 15 | Metris Receivables Inc./Direct Merchants | 3,047.70 | 113.40 |
| 16 | HSBC Bank Nevada NA/HSBC Card Services III | 779.88 | 29.02 |
| 17 | HSBC Bank Nevada NA/HSBC Card Services III | 2,457.93 | 91.45 |
| 18 | eCAST Settlement Corporation | 2,744.09 | 102.10 |
| 19 | LVNV Funding LLC./Citibank, N.A. | 1,378.93 | 51.31 |
| 20 | LVNV Funding LLC./Citibank USA, N.A. | 2,094.79 | 77.94 |
| 21 | Fingerhut Credit Advantage | 225.36 | 8.39 |
| 22 | GE Money Bank - d/b/a Lowes | 486.06 | 18.09 |
| 23 | GE Money Bank - d/b/a JCPenney | 1,530.41 | 56.94 |
| 24 | GE Money Bank - d/b/a Lowes | 2,317.14 | 86.22 |
| 25 | 1LVNV Funding LLC./Citibank, N.A. | 8,369.45 | 311.41 |
| 27 | LVNV Funding LLC/Washington Mutual Finance | 12,232.84 | 455.15 |
| 29 | DeKalb Clinic | 101.60 | 3.78 |
| 26.1 | Dell Financial Services, L.P. | 527.88 | 19.64 |
| | TOTAL | $ | 2,961.50 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 5 | Discover Bank<br>Discover Financial Services<br>P.O. Box 8003<br>Hilliard, OH 43026 | $ 7,019.06 | Disallowed – withdrawn by claimant |
| Secured | 6 | National Bank & Trust<br>230 West State Street<br>Sycamore, IL 60178 | $ 17,804.00 | Disallowed for purposes of distribution |
| Secured | 14 | American Honda Finance<br>P.O. Box 168088<br>Irving, TX 750168088 | $ 2,666.02 | Disallowed for purposes of distribution |
| Secured | 26 | Dell Financial Services, L.P.<br>Collections/Consumer Bankruptcy<br>12234B North I-35<br>Austin, TX 787531705 | $ 611.23 | Disallowed for purposes of distribution |
| Unsecured | 28 | Discover Bank<br>Discover Financial Services<br>P.O. Box 8003<br>Hilliard, OH 430268003 | $ 6,562.80 | Disallowed – withdrawn by claimant |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:   June 26, 2007           /s/Stephen G. Balsley
                                 STEPHEN G. BALSLEY, Trustee

# EXHIBIT A

## TASKS PERFORMED

### WILLIAM K. FOOTE and CYNTHIA M. FOOTE
### CHAPTER 7 BANKRUPTCY CASE NO. 06-70851

---

The only asset administered in this case was an income tax refund of the Debtors. The Trustee has reviewed the claims, and has found no basis for objection. There is no request for attorney fees for the Trustee in this case.

SGB:vcg

EXHIBIT B

Page: 1

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Case Number: 06-70851 MB
Case Name: FOOTE, WILLIAM K.
CYNTHIA M. FOOTE
Period Ending: 06/26/07

Trustee: (330410) STEPHEN G. BALSLEY
Filed (f) or Converted (c): 12/13/06 (c)
§341(a) Meeting Date: 01/11/07
Claims Bar Date: 06/18/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2006 Tax Refund (u) | 3,973.00 | 3,973.00 | | 3,973.00 | FA |
| 2 | Checking account - Resource Bank | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Security deposit with landlord | 650.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wedding rings/engagement rings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 401K S.M. Moser (H) | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | IMRF (W) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2005 tax refund | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Worker's compensation claim - J.M. Moser | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | 1997 Mitsubishi Mirage | 2,105.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2004 Chevy Impala | 12,015.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2003 Honda Shadow motorcycle | 2,445.00 | 0.00 | DA | 0.00 | FA |
| 14 | Term life policy - Primerica Financial (H) | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.72 | FA |
| 15 | Assets  Totals (Excluding unknown values) | $40,188.00 | $3,973.00 | | $3,977.72 | $0.00 |

Printed: 06/26/2007 09:53 AM   V.9.02

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 06-70851 MB | Trustee: (330410) | STEPHEN G. BALSLEY |
| --- | --- | --- | --- |
| Case Name: | FOOTE, WILLIAM K. CYNTHIA M. FOOTE | Filed (f) or Converted (c): | 12/13/06 (c) |
| | | §341(a) Meeting Date: | 01/11/07 |
| Period Ending: | 06/26/07 | Claims Bar Date: | 06/18/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

The only asset in this case is an income tax refund which the Trustee expects to receiving during April 2007.

**Initial Projected Date Of Final Report (TFR):** July 1, 2007        **Current Projected Date Of Final Report (TFR):** June 26, 2007  (Actual)

Printed: 06/26/2007 09:53 AM    V.9.02

EXHIBIT C

Page: 1

## Form 2
### Cash Receipts And Disbursements Record

| Case Number: | 06-70851 MB | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | FOOTE, WILLIAM K. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | CYNTHIA M. FOOTE | | Account: | \*\*\*-\*\*\*\*\*96-65 - Money Market Account |
| Taxpayer ID #: | 13-7563775 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/26/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/17/07 | | Richard Larson | Income Tax Refund | 1224-000 | 3,973.00 | | 3,973.00 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 0.84 | | 3,973.84 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.19 | | 3,976.03 |
| 06/05/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2007 FOR CASE #06-70851, Bond No. 016018067 | 2300-000 | | 21.79 | 3,954.24 |
| 06/25/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 1.69 | | 3,955.93 |
| 06/25/07 | | To Account #\*\*\*\*\*\*\*\*9666 | Transfer funds from MMA to checking account | 9999-000 | | 3,955.93 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,977.72 | 3,977.72 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,955.93 | |
| | | | **Subtotal** | | 3,977.72 | 21.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,977.72** | **$21.79** | |

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-70851 MB | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | FOOTE, WILLIAM K. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | CYNTHIA M. FOOTE | | Account: | ***-*****96-66 - Checking Account |
| Taxpayer ID #: | 13-7563775 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/26/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/25/07 | | From Account #*********9665 | Transfer funds from MMA to checking account | 9999-000 | 3,955.93 | | 3,955.93 |
| | | | ACCOUNT TOTALS | | 3,955.93 | 0.00 | $3,955.93 |
| | | | Less: Bank Transfers | | 3,955.93 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****96-65 | 3,977.72 | 21.79 | 0.00 |
| Checking # ***-*****96-66 | 0.00 | 0.00 | 3,955.93 |
| | $3,977.72 | $21.79 | $3,955.93 |

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Stephen G. Balsley, Trustee | $ 0.00 | $ 994.43 | $ 994.43 |
| **TOTALS** | $ **0.00** | $ **994.43** | $ **994.43** |