Case Name:  WILLIAM K. FOOTE
            CYNTHIA M. FOOTE.
Case No:    06 B 70851

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 7/24/07                          WILLIAM T. NEARY
                                          United States Trustee, Region 11

                            BY:   __/s/_____
                                    Carole J. Ryczek
                                    Attorney for the U.S. Trustee