IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 2 5 2007

KENNETH S. GARDNER, CLERK
BY:_____
DEPUTY CLERK

IN RE:
FOOTE, WILLIAM K.
CYNTHIA M. FOOTE

CASE NO. 06-70851 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-5346; XXX-XX-8155

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:  U.S. BANKRUPTCY COURT
        211 South Court Street, Room 115
        Rockford, IL 61101

   on:  August 8, 2007
   at:  9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 994.43 | |

4. The Trustee's Final Report shows total:

   a. Receipts                              $    3,977.72

   b. Disbursements                         $       21.79

   c. Net Cash Available for Distribution   $    3,955.93

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $2,961.50, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $79,593.84, resulting in an approximate distribution of 3.72% to unsecured creditors.

6. The debtor has been discharged.

7.     The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:    June 26, 2007            /s/Stephen G. Balsley
STEPHEN G. BALSLEY
BARRICK, SWITZER, LONG,
  BALSLEY & VAN EVERA
6833 Stalter Drive
Rockford, IL 61108
815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case: 06-70851   Doc 57   Filed 07/25/07   Entered 07/28/07 00:29:45   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: jshores              Page 1 of 2              Date Rcvd: Jul 25, 2007
Case: 06-70851                Form ID: pdf002            Total Served: 50

The following entities were served by first class mail on Jul 27, 2007.
db         +William K Foote,    1617 Willow Street,    Sycamore, IL 60178-2634
jdb        +Cynthia M. Foote,    1617 Willow Street,    Sycamore, IL 60178-2634
aty        +Richard G Larsen,    Myler, Ruddy & McTavish,    105 E. Galena Blvd., 8th Floor,
             Aurora, IL 60505-3338
tr         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
10741560   +American Honda Finance Corp.,    P.O. Box 168088,    Irving, TX 75016-8088
11100222   +Anesthesia Associates LTD,    Anesthesia Associates,    6910 S Madison,    Willowbrook, IL 60527-5504
10741563    BP Amoco,    The Credit Card Center,    P.O. Box 689014,    Des Moines, IA 50368-9014
10741561   +Bank of America,    NC4-105-03-14,    P O BOX 26012,    Greensboro, NC 27420-6012
10741562    Best Buy/ Retail Services,    PO Box 15521,    Wilmington, DE 19850-5521
10752393   +CAPITAL ONE BANK,    C/O TSYS DEBT MGMT,    PO BOX 5155,    NORCROSS,GA 30091-5155
10741564   +Capital One,    C/O TSYS Debt Management,    PO Box 5155,    Norcross, GA 30091-5155
10741565   +Citi Cards,    Customer Service,    P.O. Box 6000,    The Lakes, NV 89163-0001
10741566   +DeKalb Clinic,    Attn: Patient Accounts,    217 Franklin St,    Dekalb, IL 60115-3752
10741567    Dell Financial Services,    C/O Customer Service Corresp Dept,    P.O. Box 81577,
             Austin, TX 78708-1577
10912156    Dell Financial Services, L.P.,    Collections/Consumer Bankruptcy,    12234B North I-35,
             Austin, TX  78753-1705,    (800) 955-3355
10741568    Direct Merchants Bank,    Cardmember Services,    P.O. Box 21550,    Tulsa, OK 74121-1550
10741570    Elder Beerman,    Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
10741571   +Fingerhut Credit Advantage,    16 McLeland Rd.,    Saint Cloud, MN 56303-2198
10897564    Fingerhut Credit Advantage,    POB 23051,    Columbus, GA 31902-3051
10875980    HSBC Bank Nevada NA / HSBC Card Services III,    by eCAST Settlement Corporation,    as its agent,
             POB 35480,    Newark NJ 07193-5480
10773661   +Household Bank (SB), N.A. (Bon Ton),    eCast Settlement Corporation,    c/o Bass & Associates, P.C.,
             3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
10773667   +Household Bank (SB), N.A. (Menards),    eCast Settlement Corporation,    c/o Bass & Associates, P.C.,
             3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
10741572    Household Bank Gold Mastercard,    C/O HSBC Card Services,    P.O. Box 81622,
             Salinas, CA 93912-1622
10741573   +Household Customer Service,    P.O. Box 2370,    Chesapeake, VA 23327-2370
10804071   +Illinois Student Assistance Commission,    1755 Lake Cook Road,    Deerfield, IL 60015-5209
10741574    JC Penney,    P.O. Box 981403,    El Paso, TX 79998-1403
10741575   +John Whitney,    1615 Willow Street,    Sycamore, IL 60178-2634
10741576   +Kishwaukee Community Hospital,    C/O C.B. Accounts, Inc.,    1101 Main Street,
             Peoria, IL 61606-1928
10741577   +Kishwaukee Community Hospital,    Patient Accounts Department,    P.O. Box 846,
             Dekalb, IL 60115-0846
11100192   +Kiswaukee Community Hospital,    P O Box 739,    Moline, IL 61266-0739
10882610    LVNV Funding LLC., its successors and assigns, as,    assignee of Citibank, N.A.,
             Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
10741578   +Lowe's,    PO Box 981064,    El Paso, TX 79998-1064
10741580    Menards,    Retail Services,    PO Box 15521,    Wilmington, DE 19850-5521
10873731    Metris Receivables Inc /Direct Merchants,    Credit Card Bank N A by eCAST,
             Settlement Corporation as its agent,    POB 35480,    Newark NJ 07193-5480
10741581   +National Bank & Trust,    230 W. State Street,    Sycamore, IL 60178-1489
10741582    Nelnet, Inc.,    P.O. Box 53318,    Jacksonville, FL 32201-3318
10741583   +Opportunity Leasing,    C/O Accelerated Collection Mgmt Inc,    4885 South 900 East, Suite 307,
             Salt Lake City, UT 84117-3900
10741584    Orchard Bank,    C/O HSBC Card Services,    P.O. Box 80084,    Salinas, CA 93912-0084
10897859   +Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWES,
             25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10897870   +Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY,
             25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10741585    Sears Card,    P.O. Box 182149,    Columbus, OH 43218-2149
10741587    Washington Mutual Card Services,    P.O. Box 660487,    Dallas, TX 75266-0487
10741586    Washington Mutual Card Services,    C/O Providian,    P.O. Box 660509,    Dallas, TX 75266-0509
11129219    eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
10881168    eCAST Settlement Corporation,    Assignee of Household Bank,    (Best Buy Co., Inc.),
             P.O. Box 7247-6971,    Philadelphia, PA 19170-6971
10906250    eCAST Settlement Corporation,    P.O. Box 7247-6971,    Philadelphia, PA 19170-6971
10836005    eCAST Settlement Corporation assignee of,    General Electric/JCP CONSUMER,    POB 35480,
             Newark NJ 07193-5480

The following entities were served by electronic transmission on Jul 26, 2007.
cr         +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 26 2007 04:04:03     Discover Financial Services,
             POB 3025,    New Albany, OH 43054-3025
10748092   +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 26 2007 04:04:03
             Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard OH 43026-8003
10741569    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 26 2007 04:04:03     Discover Card,
             P.O. Box 30395,    Salt Lake City, UT 84130-0395
10882610    E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC., its successors and assigns, as,    assignee of Citibank, N.A.,
             Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0752-3        User: jshores              Page 2 of 2              Date Rcvd: Jul 25, 2007
Case: 06-70851              Form ID: pdf002            Total Served: 50

cr*          eCAST Settlement Corporation,   POB 35480,   Newark, NJ   07193-5480
cr*          eCast Settlement Corporation,   P. O. Box 7247-6971,   Philadelphia, PA   19170-6971
10754035*  +++American Honda Finance Corp,   P O Box 168088,   Irving, TX 75016-8088
10741579*    Lowe's,   PO Box 981064,   El Paso, TX 79998-1064
                                                                                       TOTALS: 0, * 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 27, 2007**                    **Signature:**    _Joseph Speetjens_